### BROWN v. PINSON.

BECK, J.   There being evidence to authorize the verdict, and the same having been approved by the trial judge, it will not be disturbed here.
*Judgment affirmed.   All the Justices concur.*
MAY 13, 1913.

Distraint.   Before Judge Frank Park.   Worth superior court. April 27, 1912.

*J. B. Williamson* and *J. H. Tipton,* for plaintiff in error.
*Pope & Bennet,* contra.

### DEWBERRY v. THE STATE.

FISH, C. J.   There was no complaint that any error of law was committed upon the trial.   The evidence warranted the verdict, and the court did not err in refusing a new trial.
*Judgment affirmed.   All the Justices concur.*
MAY 13, 1913.

Indictment for murder.   Before Judge Thomas.   Fulton superior court.   February 15, 1913.

*Calhoun & Connally,* for plaintiff in error.

*Thomas S. Felder, attorney-general, Hugh M. Dorsey, solicitor-general,* and *William J. Laney,* contra.